IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TYRELL JOHN T.J. CONNOR, <br><br> Defendant. | CR-10-24-GF-BMM <br><br> **ORDER** |

The Court referred this case to United States Magistrate Judge Keith Strong for a revocation hearing and findings and recommendations. Judge Strong entered findings and recommendations on May 21, 2014. Doc. 128.

The United States charged Tyrell John T.J. Connor (Connor) with violating his supervised release conditions by failing to report for urinalysis testing and failing to complete substance abuse treatment. Connor admitted to the violations. Judge Strong found the admission sufficient to establish the supervised release violations. Judge Strong recommended that this Court revoke Connor's supervised

1

release and commit him to the custody of the United States Bureau of Prisons for a term of imprisonment of six months, with 54 months of supervised release to follow. Judge Strong further recommended that Connor reside in a pre-release facility for the first six months of the supervision period.

This Court reviews Judge Strong's findings and recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach, Inc.*, 655 F.2d 1309, 1319 (9th Cir. 1981). This Court finds no clear error in Judge Strong's Findings and Recommendations, Doc. 128, and adopts them in full.

**IT IS HEREBY ORDERED** that Judge Strong's Findings and Recommendations, Doc. 128, are **ADOPTED.** Judgment shall be entered accordingly.

DATED this 5th day of June, 2014.

_____
Brian Morris
United States District Court Judge