**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-10-24-GF-BMM-1** |
| Plaintiff, | |
| vs. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| RYAN SIDNEY JACKSON, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter December 27, 2016. (Doc. 223.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 21, 2016. (Doc. 222.) Jackson admitted that he violated the conditions of his supervised release. The violations prove serious and warrant revocation of Jackson's supervised release. Judge Johnston has recommended that the Court revoke Jackson's supervised release and commit Jackson to the custody of the Bureau of Prisons for nine months and given credit for time served from the date Jackson was arrested in North Dakota on November 17, 2016 (Doc. 223 at 4.) Judge Johnston further has recommended that Jackson's term of custody be followed by 27 months of supervised release in North Dakota.

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Jackson's violations of his conditions represent a serious breach of the Court's trust. A sentence of nine months custody followed by 27 months of supervised release represents a sufficient, but not greater than necessary, sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 223) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Ryan Sidney Jackson be sentenced to nine months custody followed by 27 months of supervised release.

The Court recommends that Jackson's supervised release be transferred to North Dakota upon release from custody. The conditions previously imposed shall be continued.

DATED this 12th day of January, 2017.

_____
Brian Morris
United States District Court Judge